**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin Dunlap, | No. CV-13-0815-PHX-DKD |
| Plaintiff, | |
| vs. | **ORDER** |
| Michael P. Gugliotti, et al., | |
| Defendants. | |

On July 25, 2013, Plaintiff's counsel filed a Notice of Settlement indicating that the matter has been resolved and that a Stipulation to Dismiss was forthcoming. During the July 26, 2013 Rule 16 Scheduling Conference, Plaintiff for counsel advised the Court that a Stipulation to Dismiss would be filed within 10 days (Doc. 12). To date, no Stipulation to Dismiss has been submitted. Accordingly,

**IT IS HEREBY ORDERED** setting an Order to Show Cause Hearing for October 4, 2013, at 9:30 a.m., courtroom 305. If a Stipulation to Dismiss is received prior to the scheduled hearing, the hearing will be vacated.

DATED this 12th day of September, 2013.

David K. Duncan
United States Magistrate Judge